IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADRENA JOHNSON | ) |
| | ) No. 3-14-0844 |
| v. | ) |
| | ) |
| JAMIE LYNN CATES; WADE | ) |
| TRUCKING, INC.; and JOHN DOE | ) |

O R D E R

As scheduled during the initial case management conference held on June 24, 2014, and as provided in the order entered June 24, 2014 (Docket Entry No. 15), a telephone conference call with counsel for the parties and the Court was scheduled on July 30, 2014, at 1:00 p.m., to be initiated by defendants' counsel. Defendants' counsel called the office of the Magistrate Judge at the scheduled time to advise that he had attempted to call plaintiff's counsel, but had been told that he was out of the office.

The Court has not heard from the parties since that time.

As a result, the telephone conference call is RESCHEDULED to **Tuesday, August 12, 2014, at 11:00 a.m.,** to be initiated by defendants' counsel, to address the potential for settlement, propriety of ADR, and any other appropriate matters.

If this rescheduled date and time presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge