IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ADRENA JOHNSON | ) | |
| | ) | No. 3-14-0844 |
| v. | ) | |
| | ) | |
| JAMIE LYNN CATES; WADE | ) | |
| TRUCKING, INC.; and JOHN DOE | ) | |

O R D E R

Pursuant to the order entered August 12, 2014 (Docket Entry No. 20), counsel for the parties called the Court on September 8, 2014, at which time the following matters were addressed:

1. In accord with the notice of substitution of counsel (Docket Entry No. 21), the Clerk is directed to terminate Mark M. Mizell as counsel for the plaintiff inasmuch as he no longer works at the same law firm and has moved out of the state. In addition, although Eric W. Hayes remains with the law firm, he no longer represents the plaintiff. Therefore, the Clerk is also directed to terminate Eric W. Hayes as counsel for the plaintiff. Thomas R. Lewis, Sr. remains counsel for the plaintiff.

2. Defendant's counsel received medical records from the plaintiff on September 4 or 5, 2014, and has not had sufficient time to review those records.

3. As soon as possible, plaintiff's counsel shall advise defendant's counsel of the amount of lost wages the plaintiff claims and verification of such lost wages and shall provide defendant's counsel with the amount of the worker's compensation lien, if any.

4. Once the defendant has all of the above information and has reviewed the medical records, the parties will be in a position to engage in settlement discussions.

5. Counsel for the parties shall call the Court on **Tuesday, October 28, 2014, at 2:00 p.m.,** to be initiated by defendant's counsel, to confirm that the plaintiff has provided the

plaintiff with the information described above and to address the status of the parties' settlement discussions and any other appropriate matters.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge